ACCEPTED
04-15-00272-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/27/2015 11:24:14 AM
KEITH HOTTLE
CLERK

NO. 04-15-00272-CV

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
8/27/2015 11:24:14 AM
KEITH E. HOTTLE
Clerk

KYU IM ROBINSON,
APPELLANT,

V.

JESS L. MAYFIELD, TRUSTEE, ET AL.,
APPELLEES

ON APPEAL FROM THE 131ST JUDICIAL DISTRICT COURT
BEXAR COUNTY, TEXAS
HON. RENEE A. YANTA, JUDGE PRESIDING

## MOTION FOR LEAVE TO WITHDRAW
## AS COUNSEL OF RECORD FOR APPELLEES

**RICHIE & GUERINGER, P.C.**

GAY GUERINGER
State Bar No. 08571400
KATHERINE J. WALTERS
State Bar No. 00785174
112 East Pecan Street, Suite 1420
San Antonio, Texas 78205
Telephone: 210-220-1080
Facsimile: 210-220-1088
Email: ggueringer@rg-sanantonio.com
Email: kwalters@rg-austin.com
**ATTORNEYS FOR APPELLEES**

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

KYU IM ROBINSON,
APPELLANT,

V.

JESS L. MAYFIELD, TRUSTEE, ET AL.,
APPELLEES

ON APPEAL FROM THE 131ST JUDICIAL DISTRICT COURT
BEXAR COUNTY, TEXAS
HON. RENEE A. YANTA, JUDGE PRESIDING

## MOTION FOR LEAVE TO WITHDRAW
## AS COUNSEL OF RECORD FOR APPELLEES

**TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:**

Pursuant to Texas Rule of Appellate Procedure 6.5, Appellees' Counsel, Richie & Gueringer, P.C., files this their Motion for Leave to Withdraw As Counsel of Record for Appellees, William P. Riddick, Individually, and sued as Trustee of the Wm. P. Riddick – 76 Trust.

Richie & Gueringer, P.C. has been representing Appellees in this appeal. Good cause exists for withdrawal of Movant as counsel in that this firm is unable

1

to effectively communicate with Appellees in a manner consistent with good attorney-client relations. We respectfully request this court to issue an order permitting its withdrawal from representation of Appellees.

Current Deadlines. As of the date of this filing, the only deadline pending in this appeal is that of the deadline for filing Appellees' Brief, which is due on or before September 21, 2015.

Appellees' Contact Information:

Mr. William P. Riddick
P.O. Box 12430
San Antonio, Texas  78212
Telephone:  210-264-4265
Email:  viejoriddick@gmail.com

Beneficiaries under the Wm P. Riddick – 76 Trusts, Cynthia Riddick Marmolejo 76 Trust, Patricia Swann Riddick 76 Trust, William McDonald Riddick 76 Trust, and Warren Pretlow Riddick 76 Trust
P.O. Box 12430
San Antonio, Texas  78212

    Ms. Cynthia Riddick Marmolejo
    Telephone:  210-363-2379
    Email: cmarmolejo@satx.rr.com
    Ms. Patricia Swann Riddick
    Telephone:  512-784-8422
    Email: nathantica@gmail.com
    Mr. William McDonald Riddick
    Telephone:  210-415-9778
    Email: mac@riddick-rental-properties.com
    Mr. Warren Pretlow Riddick
    Telephone:  214-870-4457
    Email: priddick@criteriondp.com

A copy of this motion has been delivered to Appellees and Appellees have been notified in writing of their right to object to this motion. One beneficiary has indicated an objection to this motion.

For these reasons, Appellants' Counsel, Richie & Gueringer, P.C. hereby requests the Court to grant its Motion for Leave to Withdraw as Counsel of Record for Appellants.

## CERTIFICATE OF CONFERENCE

Counsel for Appellees has conferred with counsel for Appellant on this motion and Appellant's counsel is not opposed to Richie & Gueringer, P.C.'s Motion to Withdraw as Counsel of Record.

**RICHIE & GUERINGER, P.C.**

By: _/s/ Gay Gueringer_
GAY GUERINGER
State Bar No. 08571400
KATHERINE J. WALTERS
State Bar No. 00785174
112 East Pecan Street, Suite 1420
San Antonio, Texas 78205
Telephone: 210-220-1080
Facsimile: 210-220-1088
Email: ggueringer@rg-sanantonio.com
Email: kwalters@rg-austin.com
**ATTORNEYS FOR APPELLEES**

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a copy of the foregoing was served in compliance with Texas Rule of Appellate Procedure 6.5 and 9.5 on August 27th 2015, as follows:

Sent via Electronic Service and Facsimile to Appellant's Counsel:

Ms. JoAnn Storey
JoAnn Storey, P.C.
1005 Heights Boulevard
Houston, Texas 77008


Sent Via Email to Appellees:

Mr. William P. Riddick
P.O. Box 12430
San Antonio, Texas  78212
Email:  viejoriddick@gmail.com

Beneficiaries under the Wm P. Riddick – 76 Trusts, Cynthia Riddick Marmolejo 76 Trust, Patricia Swann Riddick 76 Trust, William McDonald Riddick 76 Trust, and Warren Pretlow Riddick 76 Trust
P.O. Box 12430
San Antonio, Texas  78212

Ms. Cynthia Riddick Marmolejo
    Email: cmarmolejo@satx.rr.com
Ms. Patricia Swann Riddick
    Email: nathantica@gmail.com
Mr. William McDonald Riddick
    Email: mac@riddick-rental-properties.com
Mr. Warren Pretlow Riddick
    Email: priddick@criteriondp.com


_/s/ Gay Gueringer_
Gay Gueringer

4